22-cv-610

August 15, 2022

FILED
U.S. DISTRICT COURT
DISTRICT OF NEW MEXICO

2022 AUG 18 PM 1:15

CLERK - LAS CRUCES

Good Day Mr. Elfers

Please excuse this interruption onto your busy schedule. I AM requesting several items. I need a IN FORMA PAUPERIS, a 42 U.S.C. 1983 and instructions to them if possible.

Too, I need to know if the criminal complaint was filed in Roswell, will the trial and filing of all motions be in this court. As I will be proceeding Pro-Se.

May I please have the address to the bar association to file a complaint against a federal lawyer please.

Also, may I acquire copies of all motions filed at present on case # 22-MJ-925.

Sr. MIGUEZ SALDAÑA
07179 79
1850 COPPER LOOP Dr.
LAS CRUCES, N. Mx., 88005

Thank you
Respectfully Submitted
Semper Fidelis

P.S. LAMENTABLY I AM an orphan from birth and widower since 1984 so no family, if I did I'd ask them to research on internet.

Thank you

Sr. MIGUEL SALDAÑA
0717979
1850 COPPER LOOP Dr.
LAS CRUCES, N.MX., 88005

"LEGAL"

Inmate Correspondence

UNITED STATES DIST. COURT / DIST. NEW MEXICO
C/O: CLERK OF COURT
Mr. MITCHELL R. ELFERS
400 N. VIRGINIA
ROSWELL, N.MX., 88201

FIFTH JUDICIAL DISTRICT COURT
P.O. BOX 1776
ROSWELL, NEW MEXICO
88202-1776

RECEIVED

AUG 15 2022

MITCHELL R. ELFERS
CLERK OF COURT

UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

LUBBOCK TX 794
11 AUG 2022 PM

U. S. District Court
District of New Mexico
100 N. Church Street, Suite 280
Las Cruces, NM, 88001

88001-357200